60

No. 14–0022/AF. U.S. v. Kyle R. Dietz. CCA 38117. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 18, 2014